# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1986

_____

United States of America

*Plaintiff - Appellee*

v.

Derek Michael Caquelin

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 16, 2024
Filed: September 19, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Derek Caquelin appeals after the district court[1] revoked his supervised release and sentenced him to 6 months in prison. His counsel has moved to withdraw and has filed a brief challenging the substantive reasonableness of the revocation sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. *See United States v. Miller*, 557 F.3d 910, 915-17 (8th Cir. 2009). The revocation sentence is within the Guidelines range and afforded a presumption of substantive reasonableness on appeal. *See United States v. Weems*, 76 F.4th 1153, 1156 (8th Cir. 2023). Moreover, there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 923-24 (8th Cir. 2006).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.